1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    MARIA SOSA,                              Case No.  14-cv-03666-MEJ

              Plaintiff,
8
                                             **ORDER TO SHOW CAUSE**
9         v.

10   NATHANIEL BASOLA SOBAYO,

              Defendant.
11

12

13        On August 13, 2014, Defendant Nathaniel Basola Sobayo removed this unlawful detainer

14   action from San Mateo County Superior Court.  *See* Dkt. No. 1 at 38 (Complaint – Unlawful

15   Detainer, demand does not exceed $10,000).  However, an unlawful detainer action does not arise

16   under federal law but is purely a creature of California law.  *Wells Fargo Bank v. Lapeen*, 2011

17   WL 2194117, at *3 (N.D. Cal. June 6, 2011); *Wescom Credit Union v. Dudley*, 2010 WL

18   4916578, at *2 (C.D. Cal. Nov. 22, 2010).  Thus, it appears that jurisdiction is lacking and the case

19   should be remanded to state court.  Accordingly, the Court ORDERS Defendant to show cause

20   why this case should not be remanded to the San Mateo County Superior Court.  Defendant shall

21   file a responsive declaration by August 26, 2014.  In his declaration, Defendant must address how

22   this Court has jurisdiction over Plaintiff's unlawful detainer claim.

23        Defendant should be mindful that an anticipated federal defense or counterclaim is not

24   sufficient to confer jurisdiction.  *Franchise Tax Bd. of California v. Construction Laborers*

25   *Vacation Trust*, 463 U.S. 1, 10 (1983); *Berg v. Leason*, 32 F.3d 422, 426 (9th Cir. 1994).  "A case

26   may not be removed to federal court on the basis of a federal defense, . . . even if the defense is

27   anticipated in the plaintiff's complaint, and even if both parties admit that the defense is the only

28   question truly at issue in the case."  *ARCO Environmental Remediation, LLC v. Dept. of Health*

United States District Court
Northern District of California

*and Environmental Quality of the State of Montana*, 213 F.3d 1108, 1113 (9th Cir. 2000); *see also Valles v. Ivy Hill Corp.*, 410 F.3d 1071, 1075 (9th Cir. 2005) ("A federal law defense to a state-law claim does not confer jurisdiction on a federal court, even if the defense is that of federal preemption and is anticipated in the plaintiff's complaint.").  Thus, any anticipated defense, such as a claim under the Protecting Tenants at Foreclosure Act ("PTFA"), Pub.L. No. 111–22, § 702, 123 Stat. 1632 (2009), is not a valid ground for removal.  *See e.g. Aurora Loan Services, LLC v. Montoya*, 2011 WL 5508926, at *4 (E.D. Cal. Nov. 9, 2011); *SD Coastline LP v. Buck*, 2010 WL 4809661, at *2–3 (S.D. Cal. Nov.19, 2010); *Wescom Credit Union v. Dudley*, 2010 WL 4916578, at 2–3 (C.D. Cal. Nov. 22, 2010); *Aurora Loan Services, LLC v. Martinez*, 2010 WL 1266887, at * 1 (N.D. Cal. March 29, 2010).

**IT IS SO ORDERED.**

Dated: August 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SOSA,

          Plaintiff,

    v.

NATHANIEL BASOLA SOBAYO,

         Defendant.

Case No.  14-cv-03666-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/15/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria  Sosa
2154 University Avenue
East Palo Alto, CA 94303

Nathaniel Basola Sobayo
2148 University Avenue
East Palo Alto, CA 94303-1714

Dated: 8/15/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

3