IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARIA SOSA,

        Plaintiff,

  v.

NATHANIEL BASOLA SOBAYO,

        Defendant.

No. C 14-3666 RS

**ORDER CLARIFYING PRIOR ORDER ADOPTING REPORT AND RECOMMENDATION TO REMAND ACTION**

The Court's prior order (ECF No. 10) incorrectly stated that no objections had been filed to the magistrate judge's Report and Recommendation, when in fact defendant Mr. Sobayo timely filed his objections in advance of the September 9, 2014 deadline on September 8 (ECF No. 11). Having reviewed Mr. Sobayo's objections, this Court nevertheless adopts the magistrate judge's Report and Recommendation and remands this action to San Mateo County Superior Court because none of Mr. Sobayo's filings, including his objections, offer a valid basis for removal jurisdiction.

IT IS SO ORDERED.

Dated: 9/10/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE