UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA SOSA,

    Plaintiff,

  v.

NATHANIEL BASOLA SOBAYO,

    Defendant.

Case No. 14-cv-03666-RS   (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

The parties are advised they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred <u>in person</u> prior to filing the letter. Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge